UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BOZENA STOJANOWSKA, <br><br> Defendant. | Case No. MJ23-37 MLP <br><br> DETENTION ORDER |

Ms. Stojanowska is charged with conspiracy to commit interstate transportation of stolen property, 18 U.S.C. § 2314 in the Northern District of Texas. The Court held a detention hearing on January 24, 2023, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention as stated on the record and as hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Ms. Stojanowska stipulated to detention.

2. Ms. Stojanowska poses a risk of nonappearance based on ties to a foreign country, numerous aliases, warrants from other jurisdictions, unknown living or working situation, and the fact that she was not interviewed so little is known about her

3. Based on these findings, and for the reasons stated on the record, there are no

DETENTION ORDER - 1

conditions or combination of conditions other than detention that will reasonably assure the appearance of Ms. Stojanowska as required pending her initial appearance in the Northern District of Texas.

IT IS THEREFORE ORDERED:

(1) Ms. Stojanowska shall be detained pending initial appearance in the Northern District of Texas and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Ms. Stojanowska shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Ms. Stojanowska is confined shall deliver her to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the Defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 24th day of January, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge